IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEON BUD HOTCHKISS, | ) |
| | ) |
|    Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:16cv961-MHT |
| | ) (WO) |
| PHYLLIS BILLUPS, et al., | ) |
| | ) |
|    Respondents. | ) |

OPINION AND ORDER

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 2241(d). There are no objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama. All pending motions are left for resolution after transfer.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 11th day of January, 2017.

                                                /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE